1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   FRANKIE LUZANO,                                    CASE NO. 1:10-cv-02043-SKO PC

10                          Plaintiff,                 ORDER DIRECTING CLERK'S OFFICE TO
                                                       RE-SERVE SCREENING ORDER ON
11          v.                                         PLAINTIFF'S COUNSEL AND GRANTING A
                                                       THIRTY-DAY EXTENSION OF TIME TO
12   JAMES A. YATES, et al.,                           COMPLY

13                          Defendants.                (Doc. 7)
                                              /
14

15          Plaintiff Frankie Luzano filed this civil rights action pursuant to 42 U.S.C. § 1983 on

16   November 3, 2010. On December 12, 2011, the Court issued a screening order dismissing Plaintiff's

17   complaint, with leave to amend within thirty days. 28 U.S.C. § 1915A. Based on Plaintiff's recent

18   retention of counsel, it is HEREBY ORDERED that:

19          1.      The Clerk's Office shall re-serve the screening order on Plaintiff's counsel and

20                  include a form complaint; and

21          2.      Plaintiff is granted an extension of **thirty (30) days** from the date of service of this

22                  order within which to comply with the screening order.

23
24
25   IT IS SO ORDERED.

26   **Dated:    December 22, 2011**              _____/s/ Sheila K. Oberto_____
                                                   UNITED STATES MAGISTRATE JUDGE
27
28