# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE LUZANO, | CASE NO. 1:10-cv-02043-SKO PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE SCREENING ORDER ON PLAINTIFF'S COUNSEL AND GRANTING A THIRTY-DAY EXTENSION OF TIME TO COMPLY |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | (Doc. 7) |

Plaintiff Frankie Luzano filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 3, 2010. On December 12, 2011, the Court issued a screening order dismissing Plaintiff's complaint, with leave to amend within thirty days. 28 U.S.C. § 1915A. Based on Plaintiff's recent retention of counsel, it is HEREBY ORDERED that:

1. The Clerk's Office shall re-serve the screening order on Plaintiff's counsel and include a form complaint; and
2. Plaintiff is granted an extension of **thirty (30) days** from the date of service of this order within which to comply with the screening order.

IT IS SO ORDERED.

**Dated:   December 22, 2011**         /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

1