# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE LUZANO, | CASE NO. 1:10-cv-02043-SKO PC |
| Plaintiff, | ORDER VACATING HEARING SET FOR JUNE 12, 2013, AT 9:30 A.M. |
| v. | (Doc. 21) |
| JAMES A. YATES, et al., | |
| Defendants. | |

———————————————————/

Defendants' motion to dismiss for failure to exhaust administrative remedies is set for a hearing on June 12, 2013, at 9:30 a.m. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). Plaintiff failed to file an opposition to the motion. Local Rule 230(c). Accordingly, the hearing is HEREBY VACATED and the motion is submitted upon the record. Local Rule 230(c), (g).

IT IS SO ORDERED.

**Dated:    June 4, 2013**                         _____/s/ Sheila K. Oberto_____
                                                                          UNITED STATES MAGISTRATE JUDGE