# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE LUZANO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-02043-SKO PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE<br><br>(Doc. 25) |

On November 3, 2010, Plaintiff Frankie Luzano ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act or "RLUIPA"), and California law.[1] Plaintiff is an incarcerated Native American Indian and this action is proceeding on his amended complaint, filed on January 23, 2012, for violation of federal and state law arising out of his inability to practice his religion at Pleasant Valley State Prison.

On June 6, 2013, Plaintiff and Defendants Brown, Myers, Martel, Brazelton, and Beard filed a stipulation of dismissal, without prejudice.[2] At this juncture in the proceedings, the parties have the right to dismiss this action without a court order. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this case pursuant to the parties' stipulation of dismissal, without prejudice.

IT IS SO ORDERED.

Dated: 　June 7, 2013　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed this action pro se but he is now represented by counsel.

[2] No other defendants have appeared in the action.

1